

X

ホーム

話題を検索

通知

メッセージ

リスト

ブックマーク

コミュニティ

プレミアム

プロフィール

もっと見る

← **ポストする**

**あられ**
@arareGZlq          ...

契約違反者を適当に弔って適当に泣いて悲しいアピールしてついでに金稼ぐなん
て素晴らしい配信だなぁ

> 🐾 **白上フブキ🌿ホロライブ** ✅  @shirakamifubuki · 1月16日 · ✏️
> １７時に１期生からファンの皆様へ
> お伝えしたい事があり配信を取らせていただきます。
>
> youtube.com/live/oE8HLVwpi...

午後4:49 · 2024年1月16日 · **7万** 件の表示

💬 6          ⟲ 34          ♡ 84          🔖 8          ⬆️

返信をポスト                                          返信

**珊瑚礁の底で飯食う** @hutomomonmeru · 1月16日          ...
切れ味良すぎてほんと好き

💬          ⟲ 1          ♡ 3          📊 5,484          ⬆️

**留年生** @Returning_boy · 1月16日          ...
慰めスパチャが飛び交うぞこれは

💬          ⟲          ♡ 3          📊 2,460          ⬆️

返信をさらに表示

### もっと見つける
Xから

**マニヒカ二代目** @ManiHika_2 · 21時間          ...
A子(hikakin_mania)

🔍 検索

**関連性の高いア**

**あられ**
@arareGZlq
健全なアカウ

**白上フブキ🌿**
@shirakamif
ホロライブプ
ズ白上フブキ
@lemon_mit
材【絵】#絵
【メン限】#
#フブ切り【
ろいど】#ね.
白みと】

### いまどうしてる
**#ヤフーフリマは手数**
せっかく売るなら手数
↗️ Yahoo!フリマ（PayP
モーション

音楽 · トレンド
**Instagram開設**
12,651 posts

旅行 · トレンド
**交流25000V**
トレンドトピック: 感電

日本のトレンド
**生息演算**

千代田区のトレンド
**ランラン**
3,317 posts

さらに表示

利用規約　プライバシー
アクセシビリティ　広告
© 2024 X Corp.

# X

**Home**

**Explore**

**Notifications** 2

**messages**

**List**

**Bookmark**

**Communities**

**Premium**

**Profile**

**More**

← Post

Arare
@arareGZlq ...

"What a wonderful stream to casually mourn a contract violator. Cry appropriately and appeal for sympathy and make money while you're at it."

上フブキ　ホロライブ 🦜 ✓ @shirakamifubuki · 1月16日 · ✏️

At 5:00 p.m., we will be streaming a message from the First Generation to all their fans.

youtube.com/live/oE8HLVwpi…

午後4:49 · 2024年1月16日 · **7**万 件の表示

💬 6　🔁 34　♡ 84　🔖 8

Post your reply

珊瑚礁の底で飯食う @hutomomonmeru · 1月16日 ...
It's so sharp I really like it.
💬　🔁 1　♡ 3　📊 5,484

留年生 @Returning_boy · 1月16日 ...
There's going to be a lot of comforting super chat.
💬　🔁　📊 2,460
♡ 3

Show more

# Find more

マニヒカ二代目 @ManiHika_2 · 21時間 ...

A子(hikakin_mania)

J.H

関連性の高いア

あられ
@arareGZlq
健全なアカウ

白上フブキ🦜
@shirakamif
ホロライブプブ
ズ白上フブキ
**@lemon_mit**
**材【絵】#絵**
**【メン限】#**
**#フブ切り**
**【ろいど】#**
**ね白みと】**

いまどうしてる

**#ヤフーフリマは手数**
せっかく売るなら手数
🔲 Yahoo!フリマ(PayP
モーション

音楽・トレンド
**Instagram開設**
12,651 posts

旅行・トレンド
**交流25000V**
トレンドトピック: 感電

日本のトレンド
**生息演算**

千代田区のトレンド
**ランラン**
3,317 posts

さらに表示

利用規約 プライバシー
アクセシビリティ 広告
© 2024 X Corp.