UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| *In re Ex Parte* Application of<br><br>Cover Corporation<br><br>        Applicant. | Case No.:<br><br>**[PROPOSED] ORDER GRANTING COVER CORPORATION'S *EX PARTE* APPLICATION FOR AN ORDER PURSUANT TO 28 U.S.C. § 1782 AUTHORIZING DISCOVERY FOR USE IN FOREIGN PROCEEDINGS** |

[Proposed] Order Granting Ex Parte Application

Upon consideration of all the pleadings on file, and for good cause shown, the Court hereby GRANTS Cover Corporation's *Ex Parte* Application for Subpoenas Pursuant to 28 U.S.C. § 1782 and ORDERS as follows:

Applicant Cover Corporation, ("Applicant") has satisfied the necessary criteria for the granting of an application for discovery under 28 U.S.C. § 1782. Google LLC "resides or is found" within the district and jurisdiction of this Court; the discovery at issue is sought for use in civil lawsuits to be filed in Japan, and those proceedings are within reasonable contemplation in view of Applicant's intended use of the discovery; Applicant is an interested person because Applicant is a putative plaintiff and litigant; the request seeks otherwise unobtainable information; and the request does not seek privileged materials.

Further, the four discretionary factors identified by the Supreme Court in *Intel Corp. v. Advanced Micro Devices, Inc.*, 542 U.S. 241, 243, 124 S. Ct. 2466, 2470 (2004) weigh in favor of the Court granting Applicant's request for discovery: (1) Google LLC will not be a parties in the proceedings in Japan; (2) Japanese courts are receptive to United States federal court assistance; (3) the request is not an attempt to circumvent foreign proof-gathering restrictions or other policies of a foreign country or the United States; and (4) the request by the Applicant is narrowly tailored, is seeking only necessary relevant information, and is not unduly intrusive or burdensome.

This Court therefore GRANTS leave for the issuance of the attached subpoena to Google LLC.

**IT IS SO ORDERED.**

Dated:_____                    _____

United States District Judge

[Proposed] Order Granting Ex Parte Application

2